IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ROBERT ANTHONY BURROUGH | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:12cv339 |
| BRAD LIVINGSTON, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Robert Anthony Burrough, an inmate confined in the Texas prison system, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Third Report and Recommendation concluding that the Defendants' motion for summary judgment should be granted. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Third Report and Recommendation (docket entry #56) is **ADOPTED**. It is further

**ORDERED** that the Defendants Ham, Murray and Walton's motion for summary judgment (docket entry #47) is **GRANTED** and the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 27th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE